75514. ELBERT COUNTY v. GEORGIA INSURERS
INSOLVENCY POOL.
(372 SE2d 11)

BIRDSONG, Chief Judge.

The Supreme Court, on certiorari, reversed our holding in this case at 185 Ga. App. 803 (366 SE2d 153) and held that Elbert County is a "person" within the meaning of OCGA §§ 33-1-2 (5) and 33-36-3 (2) (f).

Accordingly, we remit the case below, with the trial court's judgment affirmed.

*Judgment affirmed. Deen, P. J., and Pope, J., concur.*

DECIDED JULY 8, 1988.

*E. Freeman Leverett, Cynthia G. Weaver*, for appellant.
*Andrew J. Ekonomou, Teresa W. Pendergrast*, for appellee.